UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL A. CARTER, | ) | No. CV 06-03462-FMC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: January 8, 2009

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE